AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Jr., Henry C | Eastern District of Virginia | 03/07/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Sr. Status | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 600 Granby Street, Room 307 <br> Norfolk, VA 23510 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/05-7/05 | Sales Manager, Atlantic Shores Retirement Community - Salary and Commissions |
| 2. 9/05-12/05 | Real Estate Agent, Rose and Womble Realty - Commissions |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Administrative Office | 3/2005-12/2005 - Mileage for holding court (Transporatation) |
| 2. National Trial Advocacy College & University of Virginia Law School | 1/12-14/2005 - Educational Seminar, Charlottesville, VA (Transportation) |
| 3. Administrative Office, U.S. Access Board | 2/9-2/11/2005 - Meeting of U.S. Judicial Conference, Phoenix, AZ (Transportation, Food, Lodging) |
| 4. Administrative Office, Security & Facilities Subcommittee Meeting | 2/27-3/1/2005 - Meeting of U.S. Judicial Conference, Washington, DC (Transportation, Food, Lodging) |
| 5. Administrative Office, Federal Judicial Center | 3/6-9/2005 - Workshop for Judges of the Fourth Circuit, Williamsburg, VA (Transportation, Food) |
| 6. Administrative Office, Security & Facilities Subcommittee | 3/18-22/2005 - Meeting of U.S. Judicial Conference, Seattle, WA and Washington, DC |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 03/07/2006 |

| Meeting | (Transportation, Food, Lodging) |
|---|---|
| 7. Administative Office, Courthouse Access Advisory Committee | 5/4-5/2005 - Meeting of U.S. Judicial Conference, Washington, DC (Transportation, Food) |
| 8. Administrative Office, Security & Facilities Subcommittee Meeting | 6/12-17/2005 - Meeting of U.S. Judicial Conference, Whitefish, MT (Transportation, Food, Lodging) |
| 9. Open World Program, American Councils for International Education | 9/13-15/2005 - Meeting with another government entitity (Russian Judges), Washington, DC (Transportation) |
| 10. Administrative Office, Eastern District of Virginia Annual Meeting | 105-7/2005 - Court Administrative Meeting, Irvington, VA (Transportation, Food, Lodging) |
| 11. George Mason University Law & Economics Center | 10/21-27/2005 - Educational Seminar; Tucson, AZ (Transportation, Food, Lodging) |
| 12. Administrative Office, Space & Facilities Subcommittee Meeting | 12/11-14/2005 - Meeting of U.S. Judicial Conference, Naples, FL (Transportation, Food, Lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 03/07/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 03/07/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | A | Dividend | J | T | | | | | |
| 2. American Home Products | A | Dividend | J | T | | | | | |
| 3. AmSouth Bank Corp. | C | Dividend | L | T | | | | | |
| 4. Cap. Rlty. Invests. II | A | Dividend | J | T | | | | | |
| 5. Cardinal Financial Corp. | A | Dividend | J | T | | | | | |
| 6. Cisco Systems | A | Dividend | J | T | | | | | |
| 7. Clayton Homes Del. | A | Dividend | J | T | | | | | |
| 8. Davis NY Venture Fd B | A | Dividend | J | T | | | | | |
| 9. GE | A | Dividend | J | T | | | | | |
| 10. Heritage Bankshares, Inc. | A | Dividend | K | T | | | | | |
| 11. IRA Roll-Over | | | | | | | | | |
| 12. IRA Roll-Over | | | | | | | | | |
| 13. Intel Corp. | A | Dividend | J | T | | | | | |
| 14. J. Hancock Financial | A | Dividend | J | T | | | | | |
| 15. Lawyer's Custody Acct. | A | Interest | J | W | | | | | |
| 16. Luria L Son Inc. | A | Dividend | J | T | | | | | |
| 17. Microsoft Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 03/07/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. MLH INCM RLTY Partnership I held in custody | A | Dividend | J | T | | | | | |
| 19. ML US Govt. Mortgage Fund | A | Dividend | J | T | | | | | |
| 20. The Ohio Natl. Life Ins. Co. (annuity) | A | Interest | K | T | | | | | |
| 21. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 22. PW Retirement Money Fund | B | Dividend | J | T | | | | | |
| 23. Retirement Account | | None | | | | | | | |
| 24. Tax Exempt Bond Fund of Va 2nd Series | A | Interest | J | T | | | | | |
| 25. Texas Inst. | A | Dividend | J | T | | | | | |
| 26. Thrift Savings Plan | F | None | M | T | Final Dist. | 5/04 | L | | |
| 27. TowneBank | C | Dividend | O | | | | | | |
| 28. TowneBank Accouant | A | Interest | J | T | | | | | |
| 29. Waterside Capital Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 03/07/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 03/07/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date____5/11/06____

NOTE: AN_____LS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIM

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544